JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3740
   Facsimile:  (510) 637-3724
   Email: Joshua.Hill2@usdoj.gov

Attorneys for the United States

**FILED**

JUL 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERRICK BRADFORD,<br><br>    Defendant. | CRIMINAL NO.<br>**08-70464 WDB**<br>NOTICE OF PROCEEDINGS ON<br>OUT-OF-DISTRICT CRIMINAL<br>CHARGES PURSUANT TO RULES<br>RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about July 24, 2008, the above-named defendant was arrested based upon an arrest warrant (attached) issued in case number 4:08mj237 in the Eastern District of Virginia upon a Criminal Complaint (attached).

    Defendant is charged with conspiring to possess with intent to distribute more than 500 grams of cocaine in violation of Title 21, United States Code, Section 846.

///

///

1

Penalties:

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: July 24, 2008

JOSHUA HILL
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

**ORIGINAL**

United States of America

v.

ERRICK BRADFORD

**WARRANT FOR ARREST**

CASE NUMBER: 4:08mj237

**SEALED**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>ERRICK BRADFORD</u>

and bring him or her without unnecessary delay to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ■ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging that he/she did

*conspire to possess with intent to distribute and distribute more than 500 grams of cocaine*

in violation of Title __21__ United States Code, Section(s) __846__.

Tommy E. Miller
Name of Issuing Officer

/s/ Tommy E. Miller
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

July 21, 2008
Norfolk, Virginia
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JUL 2 1 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

IN RE: )
) CASE NUMBER 4:08m 237
CRIMINAL COMPLAINT )
) UNDER SEAL

SEALED

### ORDER SEALING CRIMINAL COMPLAINT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) is necessary to prevent notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is hereby ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are sealed.

It is further ORDERED that: (1) a certified copy of the complaint shall be provided to THE United States Attorney's Office and those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants shall be made available to the case agents for execution of the same.

It is further ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are unsealed at the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a public record.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
July 21st, 2008

WE ASK FOR THIS:
CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY: _____
DEPUTY CLERK

INFORMATION COPY ONLY
USE BEFORE ARREST, VALIDATE AGAINST ORIGINAL HELD BY U.S. MARSHAL.

FILED

JUL 21 2008

CLERK, US DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

United States of America

v.

ERRICK BRADFORD

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08 mj 237

I, Eric R. Jones being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about July 2008 in Newport News, Virginia, in the Eastern District of Virginia defendant(s) did

Conspire to Possess With Intent to Distribute and Distribute more than 500 Grams of Cocaine

in violation of Title 21 United States Code, Section(s) 846.

I further state that I am a(n) ICE Special Agent and that this complaint is based on the following facts:

*see attached*

Continued on the attached sheet and made a part hereof.  ■ Yes ☐ No

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Read and Reviewed: _____
Eric M. Hurt
Assistant United States Attorney

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

July 21, 2008                    at  Norfolk, Virginia
Date                                    City and State

_____                        _____
Tommy E. Miller                         Signature of Judicial Officer
United States Magistrate Judge
Name and Title of Judicial Officer

4:08Mj 237

**FILED**
JUL 2 1 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Eric R. Jones, being dully sworn and deposed, states the following:

1. Your affiant is a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). Your affiant is assigned to the Organized Crime Drug Enforcement Task (OCDETF) investigation involving the smuggling of steroids, cocaine and heroin from Texas and California to the Hampton area of Virginia.

2. Your affiant makes this affidavit in support of an application for an arrest of the following persons:

   a. **ROBERT OBELTON**
   b. **ERRICK BRADFORD**

3. This request for arrest warrants is made in relation to the following offense occurring in the Eastern district of Virginia (EDVA) and elsewhere:

   a. Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of Title 21, U.S.C, Section 846.

FACTS AND CIRCUMSTANCES

4. On July 15, 2008, agents from ICE in Norfolk, VA determined that Preston JOHNSON was transporting an unknown amount of narcotics from Oakland, CA to the Hampton Roads area of VA that he received from **ROBERT OBELTON**.

5. A query of US Airway flight information indicated JOHNSON boarded US Airways flight 6184 from Oakland, CA to Denver, Colorado (CO) at 6:57 am. JOHNSON changed planes in Denver, CO and continued on US Airways flight 303 to Charlotte, North Carolina (NC). JOHNSON departed Charlotte, NC at 6:00 pm and arrived at the Williamsburg/Newport News International Airport in Newport News, VA at 7:35 pm.

6. As JOHNSON exited the airplane, ICE agents approached JOHNSON and escorted him to an airport police interview room. In the interview room one kilogram of cocaine was located inside the black backpack that JOHNSON was carrying as he exited the airplane.

7. JOHNSON advised he had flown to Oakland, CA to discuss obtaining cocaine from **ROBERT OBELTON**. **ROBERT OBELTON** advised JOHNSON that he knew an employee at the Oakland International Airport who would bring the cocaine to JOHNSON after JOHNSON had passed through the Transportation Security Administration (TSA) checkpoint.

8. On July 14, 2008, JOHNSON and **ROBERT OBELTON** were together in front of **ROBERT OBELTON**'s grandmother's residence in the Brookfield area of Oakland, CA. **ROBERT OBELTON** called the airport employee. The airport employee arrived at **ROBERT OBELTON**'s grandmother's residence in a tan or light brown SUV. **ROBERT OBELTON** introduced JOHNSON to "E" (later identified as **ERRICK BRADFORD**). **ERRICK BRADFORD** instructed JOHNSON that once he passed the TSA screening area to go to bathroom #3 and call him. **ERRICK BRADFORD** would meet JOHNSON in the bathroom and deliver the cocaine to JOHNSON. **ERRICK BRADFORD** added that JOHNSON would need to get a bag to put the cocaine in. Before **ERRICK BRADFORD** left **ROBERT OBELTON** retrieved one kilogram of cocaine from his white Nissan Armada and gave the kilogram to **ERRICK BRADFORD**. **ERRICK**

BRADFORD and JOHNSON exchanged cellular telephone numbers prior to **ERRICK BRADFORD** leaving.

9.  After **ERRICK BRADFORD** left, **JOHNSON** and **ROBERT OBELTON** went to Wal-Mart and purchased the black backpack. **ROBERT OBELTON** dropped JOHNSON at a hotel and advised JOHNSON a friend, Cali LNU, would pick-up JOHNSON the following morning.

9.  Toll record analysis of JOHNSON's cellular telephone on July 15, 2008, revealed contact with a Metro PCS cellular telephone assigned the telephone number (510) 750-9499 prior to JOHNSON boarding plane in Oakland, CA. ICE Norfolk determined the cellular telephone was subscribed in the name of **ERRICK BRADFORD** residing in Oakland, CA.

10. Cali LNU picked up JOHNSON at approximately 4:30 am on July 15, 2008. JOHNSON advised he walked through the TSA screening area, but missed bathroom #3. JOHNSON became nervous when he thought he was being followed. **ERRICK BRADFORD** called JOHNSON and asked where he was located. JOHNSON stated he was near bathroom #6. **ERRICK BRADFORD** instructed JOHNSON to go into a stall in bathroom #6. JOHNSON did as instructed. **ERRICK BRADFORD** entered bathroom #6 dressed in coveralls and slid a red lunch box with the kilogram of cocaine placed on top into the stall. JOHNSON picked up the kilogram of cocaine and placed the kilogram of cocaine in the black backpack previously purchased at Wal-Mart. **ERRICK BRADFORD** exited the bathroom. Moments later JOHNSON exited the bathroom and boarded the plane for Denver, CO.

11. On July 16, 2008, JOHNSON identified a CA Department of Motor Vehicles picture of **ERRICK BRADFORD** as "E".

12. On July 16, 2008, ICE Oakland, CA contacted TSA and determined **ERRICK LAVELLE BRADFORD** is employed as Ground Crew for US Airways at the Oakland International Airport.

13. On July 17, 2008. JOHNSON identified a CA Department of Motor Vehicles picture of **ROBERT OBELTON**.

Based on the above, I believe that there is probable cause to believe that a violation of Title 21, U.S.C., Section 846 has been committed by **ROBERT OBELTON** and **ERRICK BRADFORD**.

Reviewed and approved,

Eric M. Hurt
Assistant United States Attorney

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Eric R. Jones, Special Agent

Subscribed to and sworn before me
This 24 day of July 2008.

_____
United States Magistrate Judge
Norfolk, Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JUL 2 1 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

IN RE: )
) CASE NUMBER 4:08m 237
CRIMINAL COMPLAINT )
) UNDER SEAL

## ORDER SEALING CRIMINAL COMPLAINT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) is necessary to prevent notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is hereby ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are sealed.

It is further ORDERED that: (1) a certified copy of the complaint shall be provided to THE United States Attorney's Office and those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants shall be made available to the case agents for execution of the same.

It is further ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant(s) are unsealed at the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a public record.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
July 21st, 2008

WE ASK FOR THIS:
CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney

TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JUL 2 1 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

IN RE: )
 )   CASE NUMBER 4:08m 237
CRIMINAL COMPLAINT )
 )   UNDER SEAL

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through its attorneys, Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and Eric M. Hurt, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the criminal complaint, affidavit in support of the complaint and arrest warrant(s) in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the criminal complaint, affidavit in support of the complaint and arrest warrant(s) remain under seal until the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY: _____
DEPUTY CLERK

Respectfully submitted,
CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
(757) 591-4000