**AMENDED**

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 19 min. | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Sheilah Cahill | | **REPORTER/FTR** 11:46:17 - 12:05:10 | |
| **MAGISTRATE JUDGE** Wayne D. Brazil | **DATE** ~~7/24/08~~ 7/25/08 | | **NEW CASE** ☐ | **CASE NUMBER** 4-08-70464 WDB |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| **DEFENDANT** Errick Bradford | **AGE** | **CUST** Yes | **P/NP** P | **ATTORNEY FOR DEFENDANT** Joyce Leavitt for Angela Hansen | **PD.** ☒ **RET.** ☐ **APPT.** ☐ |
| **U.S. ATTORNEY** Jose Hill | **INTERPRETER** | | ☒ **FIN. AFFT SUBMITTED** | | ☐ **COUNSEL APPT'D** |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** | | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | **PARTIAL PAYMENT OF CJA FEES** ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☒ I.D. COUNSEL | ☒ ARRAIGNMENT *NOT HELD* | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER Subm. F/A |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |

**FILED JUL 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| **TO:** 8/4/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| **AT:** 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| **BEFORE HON.** WDB | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant waives ID hearing. Dft. qualifies for appt'd counsel; Angela Hansen, AFPD, appointed. Defendant does not waive time on probable cause hearing.
cc: WDB/stats

DOCUMENT NUMBER: