# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| ERRICK BRADFORD | |

**FILED**
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70464-WDB | 4:08mj237 | 4-08-70464-WDB | 4:08mj237 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of Title 21   U.S.C. § 846

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of Virginia, Newport News Division, Norfolk

**DESCRIPTION OF CHARGES:**

Conspiracy to Possess with Intent to Distribute and Distribute more than 500 grams of Cocaine.

**CURRENT BOND STATUS:**

☒ Bail Fixed at $150,000 Personal Recognizance (PR) Unsecured Bond
Bond shall be transferred to the District of Offense.

☒ Other (specify) On July 25, 2008, the defendant waived his Identity/Removal Hearing in the District of Arrest.

**Representation:** ☒ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language:

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

IT IS HEREBY ORDERED that the defendant must report to the U.S. District Court, Eastern District of Virginia, Newport News Division, Norfolk before Magistrate Judge Tommy E. Miller on **Tuesday, September 2, 2008 at 2:30 p.m.**, And when summoned by that District, and abide by further orders of that Court.

8/15/08
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

*[handwritten margin note:] cc: W/ORIGS State Financial, Copy to parties via US Marshal, certified to Marshal*